IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ALBERT LEVON BURTON                                                            PLAINTIFF

V.                          CASE NO. 2:20-CV-0013-JTK

ANDREW SAUL, Commissioner                                                      DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that Defendant's Motion to Dismiss is granted and Plaintiff's case dismissed with prejudice.

SO ADJUDGED this 20th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE